SCHIFF HARDIN LLP
JOHN S. WORDEN
Bar No. 7563
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:  (415) 901-8700
Facsimile:  (415) 901-8701
jworden@schiffhardin.com

Attorneys for Defendant
OWENS-ILLINOIS, INC.

DURHAM JONES & PINEGAR, P.C.
MICHAEL D. RAWLINS
Bar No. 5467
10785 W. Twain Ave, Suite 200
Las Vegas, NV 89135
Telephone: (702) 870-6060
Facsimile:  (702) 870-6090
mrawlins@djplaw.com

Designee for Service for Defendant
OWENS-ILLINOIS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ROBBINS and PAUL ROBBINS, Co-Personal Representative of THE ESTATE OF BURRELL ROBBINS, Deceased, and THE ESTATE OF MARIAN ETHEL ROBBINS, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> ALLIED GLOVE CORPORATION, et al., <br><br> Defendants. | Case No. 2:11-cv-01610-GMN-CWH <br><br> MOTION AND STIPULATION FOR DISMISSAL OF DEFENDANT OWENS-ILLINOIS, INC. |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs, John Robbins and Paul Robbins, Co-Personal Representatives of the Estate of Burrell Robbins, Deceased, and the Estate of Marian Ethel Robbins, Deceased, through their respective counsel of record, jointly move and stipulate that Owens-Illinois, Inc., be dismissed, prejudice, each party to bear their own

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 | attorney's fees and costs.

2

3 | Dated: January 30, 2013

4

5 | By: _____
SCHIFF HARDIN LLP
JOHN S. WORDEN
Bar No. 7563
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701
jworden@schiffhardin.com

Attorneys for Defendant
OWENS-ILLINOIS, INC.

12

13 | Dated: JAN 31, 2013

By: _____
DURHAM JONES & PINEGAR, P.C.
MICHAEL D. RAWLINS
Bar No. 5467
10785 W. Twain Ave, Suite 200
Las Vegas, NV 89135
Telephone: (702) 870-6060
Facsimile: (702) 870-6090
mrawlins@djplaw.com

Designee for Service for Defendant
OWENS-ILLINOIS, INC.

19

20 | [SIGNATURE ON NEXT PAGE]

21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

```
 1  Dated: March 7, 2013
 2
 3                                              By: _____
                                                GOLDBERG, PERSKY & WHITE
 4                                              JASON E. LUCKASEVIC
                                                PA ID Bar No. 85557
 5                                              1030 Fifth Avenue
                                                Pittsburgh, PA 15219
 6                                              Telephone:  (412) 471-3980
                                                Facsimile:  (415) 471-8308
 7                                              jluckasevic@gpwlaw.com

 8                                              Attorneys for Plaintiffs

 9
10  Dated: March 7, 2013                        By: _____
                                                DEMPSEY, ROBERTS & SMITH, LTD.
11                                              Nevada Bar No. 004729
                                                1130 Wigwam Parkway
12                                              Henderson, NV 89074
                                                Telephone: (702) 388-1216
13                                              Facsimile:  (702) 388-2514
                                                KenRoberts@drsltd.com
14
                                                Attorneys for Plaintiffs
15
16
17
18                                                          IT IS SO ORDERED.
19
         March 8, 2013                          _____
20  Dated: _____
                                                U.S. District Judge
21
```

## PROOF OF SERVICE

The undersigned hereby certifies that I am employed by Schiff Hardin LLP, counsel for defendant Owens-Illinois, Inc. in this action; that on February, 2013, service of the foregoing **MOTION AND STIPULATION FOR DISMISSAL OF DEFENDANT OWENS-ILLINOIS, INC.** was made on the following parties:

| | |
|---|---|
| **Kenneth M Roberts**<br>Dempsey, Roberts & Smith, Ltd.<br>1130 Wigwam Parkway<br>Henderson, NV 89074<br>(702) 388-1216<br>Fax: (702) 388-2514<br>Email: kenroberts@drsltd.com<br>*Attorneys for Plaintiffs* | **Jason E Luckasevic**<br>Goldberg, Persky & White, P.C.<br>1030 Fifth Avenue<br>Pittsburgh, PA 15243<br>412-471-3980<br>Fax: 412-471-8308<br>Email: jluckasevic@gpwlaw.com<br>*Attorneys for Plaintiffs* |
| **Nathan Reinmiller**<br>**Sabrina G. Mansanas**<br>Alverson Taylor Mortensen, et al<br>7401 W Charleston Blvd<br>Las Vegas, NV 89117-1401<br>702-384-7000<br>Fax: 702-385-7000<br>Email: efile@alversontaylor.com<br>nreinmiller@alversontaylor.com<br>smansanas@alversontaylor.com<br>*Attorneys for General Electric Company* | **Liane S. Binowitz**<br>Gordon & Rees LLP<br>3770 Howard Hughes Parkway<br>Suite 100<br>Las Vegas, NV 89169<br>(702) 577-9300<br>Fax: (702) 255-2858<br>Email: lbinowitz@gordonrees.com<br>*Attorneys for ITT Corporation and Oceanview Capital* |
| **Josh Cole Aicklen**<br>**Janice J. Brown**<br>**Steven B. Abbott**<br>Lewis Brisbois Bisgaard & Smith LLP<br>6385 South Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>702-893-3383<br>Fax: 702-893-3789<br>Email: jbrown@lbbslaw.com<br>aicklen@lbbslaw.com<br>abbott@lbbslaw.com<br>*Attorneys for Okonite Company* | **Albert L. Thuesen**<br>Jackson, Jenkins, Renstrom LLP<br>55 Francisco Street, 6th Floor<br>San Francisco, CA 94133<br>Email: athuesen@jjr-law.com<br><br>**J. Mitchell Cobeaga**<br>The Cobeaga Law firm<br>228 S. 4th Street, 3rd Floor<br>Las Vegas, NV 89101<br>Email: mcobeaga@cotomlaw.com<br>*Attorneys for Allied Glove Corp.* |

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 4 -

| | |
|---|---|
| **Gerald L. Mikesell**<br>PO Box 98521<br>Las Vegas, NV 89193<br>702-295-2228<br>Fax: 702-295-3222<br>Email: mikesegl@nv.doe.gov<br><br>**Laurence B. Irwin**<br>Perry & Spann<br>6130 Plumas Street<br>Reno, NV 89509<br>775-829-2002<br>Fax: 775-829-1808<br>Email: irwinlb@nv.doe.gov<br>colemacm@nv.doe.gov<br>samslm@nv.doe.gov<br>*Attorneys for Reynolds Electrical* | **Michael D. Rawlins**<br>Durham Jones & Pinegar, P.C.<br>10785 West Twain Avenue, Suite 200<br>Las Vegas, NV 89135<br>702-870-6060<br>Fax: 702-870-6090<br>Email: mrawlins@djplaw.com<br><br>**Roberta Nicol Dempster**<br>Schiff Hardin LLP<br>One Market, Spear St. Tower, 32nd Floor<br>San Francisco, CA 94105<br>jworden@schiffhardin.com<br>rdempster@schiffhardin.com<br>lfaria@schiffhardin.com<br>*Attorneys for Owens-Illinois, Inc.* |
| **Von S. Heinz**<br>Lewis & Roca, LLP<br>3993 Howard Hughes Pkwy.<br>Suite 600<br>Las Vegas, NV 89169<br>Email: vheinz@lrlaw.com<br>*Attorneys for CBS Corporation* | **Edgar Carranza**<br>Backus Carranza<br>3050 South Durango Drive<br>Las Vegas, Ne 89117<br>702-872-5555<br>Email: ecarranza@backuslaw.com<br>*Attorneys for Crane Co.* |
| **Mark B. Schellerup**<br>Robinson & Wood, Inc.<br>5556 S Fort Apache Rd. Suite 100<br>Las Vegas, NV 89148<br>702-363-5100<br>Fax: 702-363-5101<br>Email: mbs@robinsonwood.com<br>jlr@robinsonwood.com<br>receptionlv@robinsonwood.com<br>*Attorneys for Eaton Corporation* | **Justin H. Pfrehm**<br>**Erin Albright**<br>Georgeson Angaran, Chtd.<br>5450 Longley Lane<br>Reno, NV 89511<br>775-827-6440<br>Email: justin@renotahoelaw.com<br>Sandy@renotahoelaw.com<br>*Attorneys for Honeywell International Inc.* |
| **Joshua H Reisman**<br>**Jacqueline N. Walton**<br>Reisman Sorokac<br>8965 South Eastern Avenue, Suite 382<br>Las Vegas, NV 89123<br>702-727-6258<br>Fax: 702-446-6756<br>Email: jreisman@rsnvlaw.com<br>jwalton@rsnvlaw.com<br>*Attorneys for Metropolitan Life Insurance* | **Melissa J. Roose**<br>Wood, Smith, Henning & Berman LLP<br>7674 West Lake Mead Blvd., Suite 150<br>Las Vegas, NV 89128-6652<br>702-251-4100<br>Fax: 702-251-5405<br>Email: mroose@wshblaw.com<br>*Attorneys for Rockbestos-Surprenant Cable* |

Eugene J Wait, Jr.
Wait Law Firm
305 W. Moana Lane, 2nd Floor
PO Box 719
Reno, NV 89504-0719
775-827-5500
Email: EWait@waitlaw.com
*Attorneys for Ingersoll-Rand*

by causing a full, true and correct copy thereof to be sent by the following methods on the date set forth below:

___✓___   by E-Notification pursuant to LR 5-4;

_____   by mailing in a sealed, first class postage prepaid envelope and deposited with the United States Postal Service at San Francisco, California to all parties;

_____   by hand-delivery to _____;

_____   by sending via overnight service in a sealed prepaid envelope to
_____.

Dated:  March __, 2013

/s/ LISA M. FARIA
LISA M. FARIA

SF\320552288.1

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO