```
 1
 2
 3
 4
 5
 6             UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
 7
 8   MARIAN ETHEL ROBBINS,          )   Case # 2:11-cv-01610-GMN-CWH
 9   et al.,                        )
                                    )   VERIFIED PETITION FOR
10             Plaintiff(s),        )   PERMISSION TO PRACTICE
                                    )   IN THIS CASE ONLY BY
11       vs.                        )   ATTORNEY NOT ADMITTED
                                    )   TO THE BAR OF THIS COURT
12   ALLIED GLOVE CORPORATION,      )   AND DESIGNATION OF
     et al.,                        )   LOCAL COUNSEL
13                                  )
               Defendant(s).        )
14                                  )   FILING FEE IS $200.00
15
16       Constance F. Morrison, Petitioner, respectfully represents to the Court:
              (name of petitioner)
17
         1.   That Petitioner is an attorney at law and a member of the law firm of
18
              JACKSON JENKINS RENSTROM, LLP
19                               (firm name)
20   with offices at  55 Francisco Street, 6th Floor              ,
                              (street address)
21   San Francisco                    , CA         , 94133        ,
            (city)                     (state)     (zip code)
22
     (415) 982-3600            ,  cmorrison@jjr-law.com           .
23   (area code + telephone number)     (Email address)
24       2.   That Petitioner has been retained personally or as a member of the law firm by
25   Allied Glove Corporation         to provide legal representation in connection with
              [client(s)]
26
27   the above-entitled case now pending before this Court.
                                                                        Rev. 12/11
28
```

3.   That since December 10, 1996, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Dist. Court, No. Dist. CA | 03/10/1997 | 185872 |
| U.S. Court of Appeals, 9th Cir. | 10/05/2005 | 185872 |

5.   That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

2

Rev. 12/11

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

N/A

7. That Petitioner is a member of good standing in the following Bar Associations:

The State Bar of California

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 12/11

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
COUNTY OF San Francisco )

Constance F. Morrison, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of February, 2013.

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Albert L. Thuesen, III (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

C/O Cobeaga Law Firm, 550 E. Charlston Blvd. Suite D, (street address)
Las Vegas, NV, 89104,
(city) (state) (zip code)
702-240-2499    athuesen@jjr-law.com
(area code + telephone number)    (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __Albert L. Thuesen, III__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

X _____
(Party signature)
President of Allied Glove Corporation

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9208     athuesen@jjr-law.com
Bar number     Email address

APPROVED:
Dated: this __20th__ day of __March, 2013__

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 12/11

## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____     _____
Signature of Document Signer No. 1       Signature of Document Signer No. 2 (if any)

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 22 day of February, 20 13, by

(1) Constance F. Morrison,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____,
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
          Signature of Notary Public

[Notary Seal: JILL HARVEY, Commission # 2000143, Notary Public - California, San Francisco County, My Comm. Expires Jan 3, 2017]

Place Notary Seal Above

──────── OPTIONAL ────────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Verified Petition for Permission to Practice

Document Date: _____   Number of Pages: 5

Signer(s) Other Than Named Above: 0

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

January 16, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, CONSTANCE FAYE MORRISON, #185872 was admitted to the practice of law in this state by the Supreme Court of California on December 10, 1996; that from that date of her admission to July 1, 2009, she was an ACTIVE member of the State Bar of California; that on July 1, 2009, she was enrolled as an INACTIVE member of the State Bar of California for failure to comply with minimum continuing legal education requirements; that on July 14, 2009, she was reinstated as a member eligible to practice law in California; that she has been since that date, and is at date hereof, an ACTIVE member of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records