JUSTIN H. PFREHM
Nevada ID:
Georgeson Angaran, Chartered
5450 Longley Lane
Reno, NV  86511
Phone:  775-827-6440
Fax:  775-827-9256
Email:  justin@renotahoelaw.com
Attorney for Defendant Honeywell
International, Inc.

CATHY R. GORDON
*(pro hac vice)*
Swartz Campbell, LLC
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA  15219
Phone:  412-232-9800
Fax:  412-471-1106
Email:  cgordon@swartzcampbell.com
Attorney for Defendant Honeywell
International, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ROBBINS AND PAUL ROBBINS, AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF MARIAN ETHEL ROBBINS, DECEASED AND THE ESTATE OF BURRELL ROBBINS, DECEASED | CASE NO. 2:11-cv-01610-APG-CWH |
| Plaintiffs, | **MOTION AND STIPULATION FOR DISMISSAL OF DEFENDANT HONEYWELL, INC.** |
| v. | |
| ALLIED GLOVE CORPORATION, et al., | |
| Defendants. | |

AND NOW come the Plaintiffs, John Robbins and Paul Robbins, as Co-Personal Representatives on behalf of the ESTATE OF BURRELL ROBBINS and Defendant HONEYWELL INTERNATIONAL INC. (hereinafter "Honeywell"), by and through their respective counsel, and jointly move and stipulate that Honeywell Inc., named as a separate defendant in this case, should be dismissed, with prejudice, with each party to bear their own attorneys fees and costs.

DATED: August 27, 2013
SWARTZ CAMPBELL, LLC

By: /s/ Cathy R. Gordon
Cathy R. Gordon, Esquire
*(pro hac vice)*
4750 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

GEORGESON ANGARAN, CHTD.
Justin H. Pfrehm, Esquire
5450 Longley Lane
Reno, NV 89511

DATED: August 27, 2013
GOLDBERG, PERSKY & WHITE

By: /s/ Jason E. Luckasevic
Jason E. Luckasevic, Esquire
*(pro hac vice)*
1030 Fifth Avenue
Pittsburgh, PA 15243

DEMPSEY, ROBERTS & SMITH, LTD
Kenneth M. Roberts, Esquire
1130 Wigwam Parkway
Henderson, NV 89074

**ORDER**

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: August 28, 2013.