Eugene J. Wait, Jr.
Nevada Bar #1794
WAIT LAW FIRM
305 West Moana Lane, Second Floor
Reno, Nevada 89509
Telephone: (775) 827-5500

Attorney for Defendant
INGERSOLL-RAND COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ROBBINS AND PAUL ROBBINS, CO-PERSONAL REPRESENTATIVE OF THE ESTATE OF MARIAN ETHEL ROBBINS, Deceased, AND THE ESTATE OF BURRELL ROBBINS, DECEASED<br><br>Plaintiffs,<br><br>v.<br><br>ALLIED GLOVE CORPORATION, et al.,<br><br>Defendants. | Case No. 2:11-CV-01610-APG-CWH<br><br>MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF INGERSOLL-RAND COMPANY, ONLY, WITH RESERVATION OF RIGHTS |

Plaintiffs and Defendant INGERSOLL-RAND COMPANY, through their respective undersigned counsel of record, jointly stipulate and move that the above-entitled action may be dismissed with prejudice as to the claims of Plaintiffs against INGERSOLL-RAND COMPANY, ONLY, with Plaintiffs reserving all rights against any other party, said dismissal to constitute a retraxit, with each party to this Motion and Stipulation to bear the costs of the respective party.

**O R D E R**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 28, 2013.

DATED: October 25, 2013.

DEMPSEY ROBERTS & SMITH LTD.
1130 Wigwam Parkway
Henderson, Nevada 89074

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, Pennsylvania 15219

By: _____
Jason E. Luckasevic, Esq.
PA Bar #85557
Attorneys for Plaintiffs

WAIT LAW FIRM

By: _____
Eugene J. Wait, Jr.
Nevada Bar #1794
Attorney for Defendant
INGERSOLL-RAND COMPANY

ORDER

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: _____, 2013.

Presented by:

WAIT LAW FIRM
305 West Moana Lane, Second Floor
Reno, Nevada 89509
Telephone: (775) 827-5500
Facsimile: (775) 827-6663
ewait@waitlaw.com

_____
Eugene J. Wait, Jr.
Nevada Bar #1794

Attorney for Defendant
INGERSOLL-RAND COMPANY

2