Laurence B. Irwin, ESQ., NV Bar #5024
Corporate Counsel
National Security Technologies, LLC
P.O. Box 98521, M/S NSF 019
Las Vegas, NV 89193-8521
Telephone: 702.295.0041
Facsimile: 702. 295-3222
E-mail: irwinlb@nv.doe.gov

Attorney for National Security Technologies, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ROBBINS AND PAUL ROBBINS, AS CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF MARIAN ETHEL ROBBINS, Deceased, AND THE ESTATE OF BURREL ROBBINS, Deceased.<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED GLOVE CORPORATION, et al.<br><br>Defendants. | Case No. 2:11-cv-01610-APG-CWH<br><br>**MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE OF REYNOLDS ELECTRICAL AND ENGINEERING COMPANY, INC. ONLY, WITH RESERVATION OF RIGHTS**<br><br>**O R D E R** |

Plaintiffs and Defendant REYNOLDS ELECTRICAL AND ENGINEERING COMPANY ("REECO"), through their respective undersigned counsel of record, jointly stipulate and move that the above-entitled action may be dismissed with prejudice as to the claims of Plaintiffs against REYNOLDS ELECTRICAL AND ENGINEERING COMPANY, ONLY, with Plaintiffs reserving all rights against any other party, said dismissal to constitute a retraxit, with each party to this Motion and Stipulation to bear the costs of the respective party.

//

1

DATED: April 14, 2014.

DEMPSEY, ROBERTS, & SMITH, LTD.
1130 Wigwam Parkway
Henderson, NV 89074

By: _____
Kenneth M. Roberts, Esq.
NV Bar #4729
Attorney for Plaintiff

GOLDBERG, PERSKY & WHITE, P.C.
1030 Fifth Avenue
Pittsburgh, Pennsylvania 15219

By: _____
Jason E. Luckasevic, Esq.
PA Bar #85557
Attorney for Plaintiff

REYNOLDS ELECTRICAL AND ENGINEERING COMPANY

By: _____
Laurence B. Irwin, Esq.
Nevada Bar #5024
Attorney for REECO

**ORDER**

**IT IS SO ORDERED.**

Dated: June 16, 2014.

_____
Andrew P. Gordon
United States District Judge

2:11-cv-1610-APG-CWH ([#253] Motion and Stipulation for Dismissal)

Presented by:

National Security Technologies, LLC
2621 Losee Road
North Las Vegas, NV 89030