VON S. HEINZ
Nevada Bar No. 859
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8351 (fax)

ATTORNEYS FOR DEFENDANT CBS CORPORATION,
a Delaware corporation, f/k/a VIACOM, INC.,
as successor by merger to CBS CORPORATION,
a Pennsylvania corporation, f/k/a WESTINGHOUSE
ELECTRIC CORPORATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JOHN ROBBINS AND PAUL ROBBINS, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF MARIAN ETHEL ROBBINS, DECEASED, AND THE ESTATE OF BURRELL ROBBINS, DECEASED,<br><br>Plaintiffs,<br><br>vs.<br><br>CBS CORPORATION, successor by merger to Westinghouse Electric Corporation; and Viacom, Inc., et al.,<br><br>Defendants. | Case No.: 2:11-cv-01610-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFFS' COMPLAINT WITH PREJUDICE AS AGAINST DEFENDANT CBS CORPORATION, F/K/A VIACOM, INC., AS SUCCESSOR BY MERGER TO CBS CORPORATION, F/KA/ WESTINGHOUSE ELECTRIC CORPORATION, AND DEFENDANT VIACOM, INC.** |

IT IS HEREBY STIPULATED among plaintiffs John Robbins and Paul Robbins, Co-Personal Representatives of The Estate Of Marian Ethel Robbins, Deceased, and The Estate of Burrell Robbins, Deceased (together, the "Robbins Estate"), by their attorneys Kenneth M. Roberts, of Dempsey, Roberts & Smith, Ltd. and Jason Luckasevic of Goldberg, Persky & White, P.C., the defendant CBS Corporation, formerly known as Viacom, Inc., as successor by merger to

CBS Corporation, formerly known as Westinghouse Electric Corporation, and the defendant Viacom, Inc., by their attorney Von S. Heinz of Lewis Roca Rothgerber LLP, that the Robbins Estate's Complaint, and all claims and causes of action expressed therein, shall be and hereby are dismissed with prejudice against the defendant CBS Corporation, formerly known as Viacom, Inc., as successor by merger to CBS Corporation, formerly known as Westinghouse Electric Corporation, and the defendant Viacom, Inc., each party to bear their/its own costs and attorneys' fees.

No trial date has been set in this case. The parties have not yet exchanged settlement consideration for the resolution of this matter and agree that the Court shall retain jurisdiction over the satisfaction of their settlement should an unpredicted dispute arise.

Dated this 29th day of May, 2015.

DEMPSEY, ROBERTS & SMITH

By: /s/ Kenneth M. Roberts
    KENNETH M. ROBERTS
    Nevada Bar No. 4729
    1130 Wigwam Parkway
    Henderson, NV 89074
    Attorneys for Plaintiffs

GOLDBERG, PERSKY & WHITE, P.C.

By:/s/ Jason Luckasevic
    JASON LUCKASEVIC
    1030 Fifth Avenue
    Pittsburgh, PA 15219
    Attorneys for Plaintiffs

Dated this 29th day of May, 2015.

LEWIS ROCA ROTHGERBER LLP

By /s/ Von S. Heinz
    VON S. HEINZ
    Nevada Bar No. 859
    3993 Howard Hughes Parkway
    Suite 600
    Las Vegas, Nevada 89169
    Attorneys for Defendant
    CBS Corporation, a Delaware corporation,
    f/k/a Viacom Inc., as successor by merger to
    CBS Corporation, a Pennsylvania
    corporation, f/k/a Westinghouse Electric
    Corporation

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 29, 2015

5893830_1